*In re* **Sachs**, Michael Craig (MR 18149)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recom-

mendation of the Hearing Board is allowed, and respondent Michael Craig Sachs is suspended from the practice of law for two years and until further order of the Court.